

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00472-CR

_____

MALCOLM ALONZO, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 3
Tarrant County, Texas
Trial Court No. 1560705D

Before Bassel, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Malcolm Alonzo attempts to appeal from his conviction for unauthorized use of a vehicle. *See* Tex. Penal Code Ann. § 31.07. Alonzo pleaded guilty pursuant to a plea bargain and pleaded true to the enhancement, and in accordance with the plea bargain, the trial court sentenced him to three years' confinement. *See id.* § 12.425(b) (elevating permissible punishment range for state-jail felony to that of second-degree felony if it is shown that defendant was previously convicted of two felonies and that second previous felony conviction occurred after first one became final). Consistent with that plea, the "Trial Court's Certification of Defendant's Right of Appeal" states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On October 31, 2018, we notified Alonzo that his appeal could be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before November 12, 2018, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. In response to a motion filed by Alonzo, we subsequently extended his deadline to respond, giving him until January 3, 2019. No response has been filed.

In accordance with the trial court's certification, we dismiss Alonzo's appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

Per Curiam

Do Not Publish

Tex. R. App. P. 47.2(b)

Delivered:  January 31, 2019